THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., *et al.*,<br><br>                  Plaintiffs,<br>       v.<br><br>VALVE CORPORATION,<br><br>                  Defendant. | CASE NO. C21-0872-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for Defendant to answer Plaintiffs' complaint (Dkt. No. 22). The motion is GRANTED. Defendant must answer the complaint by August 20, 2021.

DATED this 21st day of July 2021.

Ravi Subramanian
Clerk of Court

s/Paula McNabb
Deputy Clerk