THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., *et al.*,<br><br>        Plaintiffs,<br>  v.<br><br>VALVE CORPORATION,<br><br>        Defendant. | CASE NO. C21-0872-JCC<br><br>MINUTE ORDER |

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulated motion to again extend the deadline for Defendant to answer Plaintiffs' complaint (Dkt. No. 26). The motion is GRANTED. Defendant must answer or otherwise respond to the complaint by August 30, 2021.

      DATED this 16th day of August 2021.

                                              Ravi Subramanian
                                              Clerk of Court

                                              s/Sandra Rawski
                                              Deputy Clerk