The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., a Delaware corporation, and DARK CATT STUDIOS INTERACTIVE LLC, an Illinois limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:21-cv-00872-JCC<br><br>**STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE ON DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS (Dkt. #38)**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 13, 2021** |

Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC ("Plaintiffs") and Defendant Valve Corporation ("Valve"), by and through their undersigned counsel of record, hereby stipulate and agree to modify the briefing schedule and noting date for Valve's Motion to Dismiss (Dkt. #38), which is currently pending before the Court. The parties jointly propose the following schedule:

1. Plaintiffs shall have until October 8, 2021 to file their Opposition to Valve's Motion to Dismiss;

2. Valve shall have until October 28, 2021 to file its Reply in Support of its Motion to Dismiss; and

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
(2:21-CV-00872-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

3. Valve's Motion to Dismiss shall be re-noted on the Court's motion calendar for October 28, 2021.

The parties believe that this schedule will allow them adequate time to prepare their submissions. Accordingly, the parties respectfully request that the Court enter the below Order modifying the briefing schedule as agreed by the parties.

DATED this 13th day of September, 2021.

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
(2:21-CV-00872-JCC) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI, P.C.<br><br>By  *s/ Stephanie L. Jensen*<br>    Stephanie L. Jensen, WSBA #42042<br>    701 Fifth Avenue, Suite 5100<br>    Seattle, WA 98104-7036<br>    Telephone: (206) 883-2500<br>    Facsimile: (206) 883-2699<br>    Email: sjensen@wsgr.com<br><br>By  *s/ Kenneth R. O'Rourke*<br>    Kenneth R. O'Rourke (*pro hac vice*)<br>    Scott A. Sher (*pro hac vice*)<br>    Allison B. Smith (*pro hac vice*)<br>    1700 K Street, NW, Suite 500<br>    Washington, DC 20006<br>    Telephone: (202) 973-8800<br>    Facsimile: (202) 973-8899<br>    Email: korourke@wsgr.com<br>    ssher@wsgr.com; allison.smith@wsgr.com<br><br>LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br><br>By  *s/ W. Joseph Bruckner*<br>    W. Joseph Bruckner (*pro hac vice*)<br>    Joseph C. Bourne (*pro hac vice*)<br>    Leona B. Ajavon (*pro hac vice*)<br>    100 Washington Avenue S, Suite 2200<br>    Minneapolis, MN 55401<br>    Telephone: (612) 339-6900<br>    Facsimile: (612) 339-0981<br>    Email: wjbruckner@locklaw.com;<br>    jcboume@locklaw.com;<br>    lbajavon@locklaw.com<br><br>*Attorneys for Plaintiffs* | FOX ROTHSCHILD LLP<br><br>By  *s/ Gavin W. Skok*<br>    Gavin W. Skok, WSBA #29766<br>    Laura P. Hansen, WSBA #48669<br>    1001 Fourth Avenue, Suite 4500<br>    Seattle, WA 98154<br>    Telephone:  206.624.3600<br>    Facsimile:  206.389.1708<br>    Email:    gskok@foxrothschild.com<br>              lhansen@foxrothschild.com<br><br>MONTGOMERY McCRACKEN WALKER & RHOADS LLP<br><br>By:  *s/ Charles B. Casper*<br>    Charles B. Casper (*pro hac vice*)<br>    1735 Market Street, 21st Floor<br>    Philadelphia, PA  19103<br>    Telephone:  215.772.1500<br>    Email: ccasper@mmwr.com<br><br>*Attorneys for Defendant* |

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
(2:21-CV-00872-JCC) - 3

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

**ORDER**

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the briefing schedule and noting date for Defendant Valve Corporation's ("Valve") Motion to Dismiss shall be modified as follows:

1. Plaintiffs shall have until October 8, 2021 to file their Opposition to Valve's Motion to Dismiss;

2. Valve shall have until October 28, 2021 to file its Reply in Support of its Motion to Dismiss; and

3. Valve's Motion to Dismiss (Dkt. #38) is re-noted on the Court's motion calendar for October 28, 2021.

IT IS SO ORDERED.

DATED this 13th day of September 2021.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE
(2:21-CV-00872-JCC) - 4

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600