THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., *et al.*,<br><br>                    Plaintiffs,<br>     v.<br><br>VALVE CORPORATION,<br><br>                    Defendant. | CASE NO. C21-0872-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 60). The parties indicate they are currently discussing a proposed briefing schedule for Defendant's anticipated motion to dismiss Plaintiffs' Amended Complaint (Dkt. No. 57). (*Id.* at 3.) Accordingly, the Rule 26(f) conference and initial disclosure deadlines, (*see* Dkt. No. 33), are hereby STRICKEN, and any other deadlines are hereby STAYED . The Court will establish case management deadlines after ruling on Defendant's anticipated motion.

//

//

//

MINUTE ORDER
C21-0872-JCC
PAGE - 1

DATED this 11th day of January 2022.

Ravi Subramanian  
Clerk of Court

s/Sandra Rawski  
Deputy Clerk