THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., a Delaware corporation, and DARK CATT STUDIOS INTERACTIVE LLC, an Illinois limited liability company, on behalf of themselves and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation ,<br><br>Defendant. | CASE NO.: 2:21-cv-00872-JCC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS (ECF NO. 59)**<br><br>**NOTE ON MOTION CALENDAR: JANUARY 11, 2022** |

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
2:21-cv-00872-JCC

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC ("Plaintiffs") and Defendant Valve Corporation ("Valve"), by and through their undersigned counsel of record, hereby stipulate and agree to modify the briefing schedule and noting date for Valve's Motion to Dismiss (ECF No. 59), which is currently pending before the Court. The parties jointly propose the following schedule:

1. Plaintiffs shall have until March 11, 2022 to file their Opposition to Valve's Motion to Dismiss;

2. Valve shall have until April 8, 2022 to file its Reply in Support of its Motion to Dismiss; and

3. Valve's Motion to Dismiss shall be re-noted on the Court's motion calendar for April 8, 2022.

The parties believe that good cause exists for these modifications, principally that this matter is a complex antitrust class action and the parties believe that this schedule will allow them adequate time to prepare their submissions. Accordingly, the parties respectfully request that the Court enter the below Order modifying the briefing schedule as agreed by the parties.

Dated: January 11, 2022

s/ Stephanie L. Jensen
Stephanie L. Jensen, WSBA #42042
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email: sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street NW, Suite 500
Washington, DC  20006
Telephone:  (202) 973-8800
Facsimile:   (202) 973-8899

STIPULATED MOTION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE
2:21-cv-00872-JCC

-1-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

Email: korourke@wsgr.com
Email: ssher@wsgr.com
Email: allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Leona B. Ajavon (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
Email: jcbourne@locklaw.com
Email: lbajavon@locklaw.com

*Attorneys for Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC, and Putative Class*

Dated: January 11, 2022

s/ Gavin W. Skok
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
**FOX ROTHSCHILD LLP**
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone: (206) 624-3600
Facsimile: (206) 389-1708
Email: gskok@foxrothschild.com
Email: lhansen@foxrothschild.com

Charles B. Casper (*pro hac vice*)
**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 772-1500
Email: ccasper@mmwr.com

*Attorneys for Defendant Valve Corporation*

STIPULATED MOTION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
TO MODIFY BRIEFING SCHEDULE
2:21-cv-00872-JCC

-2-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED** this 12th day of January 2022.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Stephanie L. Jensen
Stephanie L. Jensen, WSBA #42042
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: sjensen@wsgr.com

Kenneth R. O'Rourke (*pro hac vice*)
Scott A. Sher (*pro hac vice*)
Allison B. Smith (*pro hac vice*)
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
1700 K Street, NW, Suite 500
Washington, DC 20006
Telephone: (202) 973-8800
Facsimile: (202) 973-8899
Email: korourke@wsgr.com
Email: ssher@wsgr.com
Email: allison.smith@wsgr.com

W. Joseph Bruckner (*pro hac vice*)
Joseph C. Bourne (*pro hac vice*)
Leona B. Ajavon (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
Email: jcbourne@locklaw.com
Email: lbajavon@locklaw.com

*Attorneys for Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC, and Putative Class*

STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE
2:21-CV-00872-JCC

-3-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699