The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., a Delaware corporation, and DARK CATT STUDIOS INTERACTIVE LLC, an Illinois limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:21-cv-00872-JCC<br><br>**(PROPOSED)**<br><br>**ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

This matter came before the Court on Defendant Valve Corporation's Motion to Dismiss Plaintiffs' Amended Class Action Complaint for Damages and Injunctive Relief ("Motion to Dismiss"). The Court, having reviewed the Motion to Dismiss, the pleadings filed in opposition to and in support thereof, the pleadings and files of record, the applicable law, and being fully advised, HEREBY ORDERS that:

1. Valve's Motion to Dismiss is GRANTED.

2. All claims asserted against Valve by Plaintiffs Dark Catt Studios Holdings, Inc. and Dark Catt Studios Interactive LLC are DISMISSED with prejudice.

ORDER GRANTING DEFENDANT VALVE CORPORATION'S
MOTION TO DISMISS (2:21-CV-00872-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

130044949

IT IS SO ORDERED.

DATED this ____ day of _____, 2022.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

FOX ROTHSCHILD LLP

By  *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
Laura P. Hansen, WSBA #48669
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Telephone:	206.624.3600
Facsimile:	206.389.1708
Email: gskok@foxrothschild.com
          lhansen@foxrothschild.com

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

By  *s/ Charles B. Casper*
Charles B. Casper, *admitted pro hac vice*
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Telephone:	215.772.1500
Facsimile:	215.772.7620
Email:   ccasper@mmwr.com

*Attorneys for Defendant*

ORDER GRANTING DEFENDANT VALVE CORPORATION'S MOTION TO DISMISS (2:21-CV-00872-JCC) - 2

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4500
SEATTLE, WA 98154
206.624.3600

130044949