The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DARK CATT STUDIOS HOLDINGS, INC., a Delaware corporation, and DARK CATT STUDIOS INTERACTIVE LLC, an Illinois limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VALVE CORPORATION, a Washington corporation,<br><br>Defendant. | Case No. 2:21-cv-00872-JCC<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR: MAY 16, 2022** |

Plaintiffs Dark Catt Studio Holdings, Inc. and Dark Catt Studios Interactive LLC (collectively "Plaintiffs") and Defendant Valve Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. The deadline for Defendant to answer Plaintiffs' Amended Class Action Complaint is currently May 20, 2022.

2. In light of the issues raised by Plaintiffs' Amended Class Action Complaint, the parties agree that the time for Defendant to answer the Amended Class Action Complaint should be extended by twenty one days up to and through June 10, 2022.

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (2:21-CV-00872-JCC) - 1
134117692

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

3. The parties respectfully request that the Court enter the below Order extending the answer deadline as stipulated.

DATED this 16th day of May, 2022.

| WILSON SONSINI GOODRICH & ROSATI, P.C. | FOX ROTHSCHILD LLP |
|---|---|
| By  s/ Stephanie L. Jensen<br>Stephanie L. Jensen, WSBA #42042<br>701 Fifth Avenue, Suite 5100<br>Seattle, WA 98104-7036<br>Telephone: (206) 883-2500<br>Facsimile: (206) 883-2699<br>Email: sjensen@wsgr.com | By  s/ Gavin W. Skok<br>Gavin W. Skok, WSBA #29766<br>1001 Fourth Avenue, Suite 4400<br>Seattle, WA 98154<br>Telephone:  206.624.3600<br>Facsimile:  206.389.1708<br>Email: gskok@foxrothschild.com |
| By  s/ Kenneth R. O'Rourke<br>Kenneth R. O'Rourke (*pro hac vice*)<br>Scott A. Sher (*pro hac vice*)<br>Allison B. Smith (*pro hac vice*)<br>1700 K Street, NW, Suite 500<br>Washington, DC 20006<br>Telephone: (202) 973-8800<br>Facsimile: (202) 973-8899<br>Email: korourke@wsgr.com<br>ssher@wsgr.com; allison.smith@wsgr.com | MONTGOMERY McCRACKEN WALKER & RHOADS LLP<br><br>By:  s/ Charles B. Casper<br>Charles B. Casper (*pro hac vice*)<br>1735 Market Street, 21st Floor<br>Philadelphia, PA  19103<br>Telephone:  215.772.1500<br>Email: ccasper@mmwr.com<br><br>*Attorneys for Defendant* |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br><br>By  s/ W. Joseph Bruckner<br>W. Joseph Bruckner (*pro hac vice*)<br>Joseph C. Bourne (*pro hac vice*)<br>Leona B. Ajavon (*pro hac vice*)<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>Email: wjbruckner@locklaw.com;<br>jcboume@locklaw.com;<br>lbajavon@locklaw.com<br><br>*Attorneys for Plaintiffs* | |

STIPULATED MOTION FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT (2:21-CV-00872-JCC) - 2

134117692

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

# ORDER

Based on the foregoing stipulation of the parties and good cause shown, IT IS HEREBY ORDERED that the time for Defendant to answer Plaintiffs' Amended Class Action Complaint is extended up to and through June 10, 2022.

IT IS SO ORDERED.

DATED this 17th day of May 2022.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

FOX ROTHSCHILD LLP


By  *s/ Gavin W. Skok*
Gavin W. Skok, WSBA #29766
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:      206.624.3600
Facsimile:        206.389.1708
Email: gskok@foxrothschild.com


MONTGOMERY McCRACKEN WALKER & RHOADS LLP


By *s/ Charles B. Casper*
Charles B. Casper, *admitted pro hac vice*
1735 Market Street, 21st Floor
Philadelphia, PA  19103
Telephone:      215.772.1500
Facsimile:        215.772.7620
Email:    ccasper@mmwr.com

*Attorneys for Defendant*

STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (2:21-CV-00872-JCC) - 3

134117692

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600